## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED

05 APR 26   PM 4: 0

ROBERT R. DI... ...O
CLERK, U.S. Di...  ...CT
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| DELORIS YATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. |
| | ) | 04-2380-BV |
| | ) | |
| CORRECTIONAL MEDICAL | ) | |
| SERVICES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO AMEND
## SCHEDULING ORDER AND TRIAL DATE

Before the Court is Defendant's Unopposed Motion to Amend Scheduling Order
and Trial Date.  For good cause shown, it is hereby ORDERED, ADJUDGED AND
DECREED that the Scheduling Order in this case is amended and that the parties shall
have up to and including July 25, 2005, to Complete Discovery; Disclosure of Plaintiff's
Rule 26 Expert Information up to and including May 23, 2005; Disclosure of Defendant's
Rule 26 Expert Information up to and including June 21, 2005; Expert Witness
Depositions up to and including July 25, 2005; and Filing Dispositive Motions up to and
including September 6, 2005.

Be it so Ordered this 26th day of April 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-27-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:04-CV-02380 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

James H. Stock
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

Daniel Scott Lovett
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

James P. Demere
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Sq.
Memphis, TN 38103

Christopher S. Campbell
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT