IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUL 26 PM 1: 24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| **DELORIS YATES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NO.** |
| | ) | **04-2380-BV** |
| | ) | |
| **CORRECTIONAL MEDICAL SERVICES, INC.** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER TO EXTEND TIME FOR DISCOVERY AND TO FILE DISPOSITIVE MOTIONS

Before the Court is the parties' Joint Motion to Amend Scheduling Order to Extend Time to Complete Discovery, and to File Dispositive Motions. For good cause shown, it is hereby ORDERED, ADJUDGED, AND DECREED that the Scheduling Order in this case is amended and that the parties shall have up to and including September 10, 2005 to complete all Discovery, shall have up to and including October 1, 2005 to complete Expert Witness Depositions, and the parties shall have up to and including October 6, 2005 to file potentially Dispositive Motions in this case.

It is further ORDERED, ADJUDGED AND DECREED, that this case is directed into Mediation, and that the Mediation is to occur on or before October 10, 2005.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-27-05

BE IT SO ORDERED this 25th day of July 2005.

_Diane K. Vescovo_
~~J. DANIEL BREEN~~
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:04-CV-02380 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

Christopher S. Campbell
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

James P. Demere
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Sq.
Memphis, TN 38103

James H. Stock
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

Daniel Scott Lovett
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

Honorable J. Breen
US DISTRICT COURT