IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 AUG -8 PM 3: 53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| DELORIS YATES, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. |
| | ) 2:04-CV-02380-JDB-dkv |
| CORRECTIONAL MEDICAL SERVICES, INC., | ) |
| Defendant. | ) |

## ORDER SUBSTITUTING PLAINTIFF'S CO-COUNSEL OF RECORD

Upon consideration of the Motion for Substitution of Plaintiff's Co-Counsel of Record, praying for the substitution of Timothy D. Patterson, with Harris Shelton Hanover Walsh, PLLC, in place of James P. Demere, as Plaintiff's co-counsel of record, and the Court being satisfied that Timothy D. Patterson is duly admitted and qualified to practice as an attorney before this Court;

**It is therefore ORDERED, ADJUDGED and DECREED** that the Motion is Granted.

**It is further ORDERED, ADJUDGED and DECREED** that Timothy D. Patterson is hereby substituted for James P. Demere as co-counsel to the Plaintiff.

**IT IS SO ORDERED** this 8th day of August, 2005.

_____
~~J. DANIEL BREEN~~
UNITED STATES ~~DISTRICT COURT~~ JUDGE
MAGISTRATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-9-05

23

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:04-CV-02380 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Christopher S. Campbell
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

James H. Stock
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

Timothy D. Patterson
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Daniel Scott Lovett
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

James P. Demere
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Sq.
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT